IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERRY GAIRRETT,<br><br>Defendant. | CV 23-12-BLG-KLD<br><br>ORDER |

The parties have filed a joint stipulation of dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 61). Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own costs and fees. The Clerk of Court is directed to close this case.

DATED this 2nd day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge